

**LAW OFFICE OF GABRIEL A. LEVY, P.C.**

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 ✉ Glevy@glpcfirm.com ☎ (347) 941-4715

August 25, 2025

Hon. Judge Gary Stein
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE:   **WILLIAMS v. PAESANO REST. CORP., et al.**
      **DOCKET NO. 1:25-cv-4793**

Dear Judge Stein:

The undersigned represents Jeffery Williams, the plaintiff in the above-referenced matter. I write to advise the Court that the parties have reached a settlement in principle and are in the process of finalizing settlement terms. We anticipate that a Stipulation of Dismissal with Prejudice will be filed within sixty (60) days, and likely sooner.

Accordingly, the undersigned respectfully requests that the Court stay all deadlines, and grant the parties sixty (60) days to finalize settlement and file dismissal papers.

Thank you for your time and consideration on this matter.

Respectfully,

Gabriel A. Levy