**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

――――――――――――――――――――――x

JEFFERY WILLIAMS,                                        Civil Action No. 1:25-cv-4793

        Plaintiffs,

    -against-

                                    **NOTICE OF VOLUNTARY**
PAESANO REST. CORP.                      **DISMISSAL WITH PREJUDUCE**
And MULBERRY CONDOMINIUM
ASSOCIATES INC.
        Defendants.

――――――――――――――――――――――x

      Plaintiff Jeffery Williams, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice against the above-captioned defendants.

      Dated: October 3, 2025

By: ___*Gabriel levy*_____

    Gabriel A. Levy, Esq .
      *Attorney for Plaintiff*
    Gabriel A. Levy, P.C.
    1129 Northern Blvd, Ste 404
    Manhasset, NY 11030
    T: 347-941-4715
    Glevy@glpcfirm.com